John J. Edmonds (State Bar No. 274200)
jedmonds@cepiplaw.com
COLLINS EDMONDS POGORZELSKI
SCHLATHER & TOWER, PLLC
1851 East First Street, Suite 900
Santa Ana, California 92705
Telephone: (951) 708-1237
Facsimile: (951) 824-7901

Attorney for Plaintiff,
**DIGITECH IMAGE TECHNOLOGIES, LLC**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DIGITECH IMAGE TECHNOLOGIES, LLC,

      Plaintiff,

    v.

AGFAPHOTO HOLDING GMBH;
AGFAPHOTO USA CORPORATION; B&H
FOTO & ELECTRONICS CORP.; BEST BUY
CO., INC.; BEST BUY STORES, LP;
BESTBUY.COM, LLC; BUY.COM INC.;
CANON INC.; CANON U.S.A., INC.; CASIO
COMPUTER CO., LTD.; CASIO AMERICA,
INC.; CDW LLC; FUJIFILM
CORPORATION; FUJIFILM HOLDINGS
CORPORATION; FUJIFILM HOLDINGS
AMERICA CORPORATION; GENERAL
ELECTRIC COMPANY; GENERAL
IMAGING COMPANY; VICTOR
HASSELBLAD AB; HASSELBLAD USA
INC.; LEICA CAMERA AG; LEICA
CAMERA INC.; MAMIYA DIGITAL
IMAGING CO., LTD.; LEAF IMAGING LTD.
D/B/A MAMIYALEAF; MAMIYA AMERICA
CORPORATION; MICRO ELECTRONICS,
INC.; NEWEGG, INC.; NEWEGG.COM,
INC.; NIKON CORPORATION; NIKON INC.;
NIKON AMERICAS, INC.; OLYMPUS
CORPORATION; OLYMPUS AMERICA
INC.; OVERSTOCK.COM, INC.;
PANASONIC CORPORATION; PANASONIC

Case No.:    **SACV12-1153 MLG**

**COMPLAINT FOR INFRINGEMENT OF
U.S. PATENT NO. 6,128,415**

**DEMAND FOR JURY TRIAL**

Complaint Filed: July 16, 2012
Trial Date: not set

FILED

- 1 -

1  CORPORATION OF NORTH AMERICA;
   PENTAX RICOH IMAGING CO., LTD.;
2  PENTAX RICOH IMAGING AMERICAS
   CORPORATION; RICOH COMPANY, LTD.;
3  RICOH AMERICAS CORPORATION;
   SAKAR INTERNATIONAL, INC. D/B/A
4  VIVITAR; SIGMA CORPORATION; SIGMA
   CORPORATION OF AMERICA; SONY
5  CORPORATION; SONY CORPORATION OF
   AMERICA; SONY ELECTRONICS INC. and
6  TARGET CORPORATION
7
8          Defendants.
9
10              **COMPLAINT FOR PATENT INFRINGEMENT**

11         This is an action for patent infringement in which DIGITECH IMAGE TECHNOLOGIES,

12  LLC submits this Original Complaint against Defendants named herein, namely AGFAPHOTO

13  HOLDING GMBH; AGFAPHOTO USA CORPORATION; B&H FOTO ELECTRONICS CORP.;

14  BEST BUY CO., INC. D/B/A BEST BUY; BEST BUY STORES, LP; BESTBUY.COM, LLC;

15

16  BUY.COM INC.; CANON INC.; CANON U.S.A., INC.; CASIO COMPUTER CO., LTD.; CASIO

17  AMERICA, INC.; CDW LLC F/K/A CDWC LLC F/K/A CDW CORPORATION; FUJIFILM

18  CORPORATION; FUJIFILM HOLDINGS CORPORATION; FUJIFILM HOLDINGS AMERICA

19  CORPORATION; GENERAL ELECTRIC COMPANY; GENERAL IMAGING COMPANY;

20  VICTOR HASSELBLAD AB; HASSELBLAD USA INC.; LEICA CAMERA AG; LEICA

21

22  CAMERA INC.; MAMIYA DIGITAL IMAGING CO., LTD.; LEAF IMAGING LTD. D/B/A

23  MAMIYALEAF; MAMIYA AMERICA CORPORATION; MICRO ELECTRONICS, INC. D/B/A

24  MICRO CENTER; NEWEGG, INC.; NEWEGG.COM, INC.; NIKON CORPORATION; NIKON

25  INC.; NIKON AMERICAS, INC.; OLYMPUS CORPORATION; OLYMPUS AMERICA INC.;

26  OVERSTOCK.COM, INC.; PANASONIC CORPORATION; PANASONIC CORPORATION OF

27

28  NORTH AMERICA; PENTAX RICOH IMAGING CO., LTD.; PENTAX RICOH IMAGING

- 2 -

AMERICAS CORPORATION; RICOH COMPANY, LTD.; RICOH AMERICAS CORPORATION; SAKAR INTERNATIONAL, INC. D/B/A VIVITAR; SIGMA CORPORATION; SIGMA CORPORATION OF AMERICA; SONY CORPORATION; SONY CORPORATION OF AMERICA; SONY ELECTRONICS INC. and TARGET CORPORATION D/B/A TARGET (collectively "Defendants"), as follows:

## THE PARTIES

1.      DIGITECH IMAGE TECHNOLOGIES, LLC ("DIGITECH" or "Plaintiff") is a California limited liability company with a place of business at 500 Newport Center Drive, Suite 700, Newport Beach, CA 92660.

2.      On information and belief, AGFAPHOTO HOLDING GMBH is a foreign company with a place of business at Köln, Germany and AGFAPHOTO USA CORPORATION is a Delaware corporation with a place of business at Ridgefield Park, NJ. Hereinafter, AGFAPHOTO HOLDING GMBH and AGFAPHOTO USA CORPORATION are collectively referred to as "AGFAPHOTO."

3.      On information and belief, B&H FOTO ELECTRONICS CORP. (hereinafter "B&H") is a New York corporation with a place of business at New York, NY.

4.      On information and belief, BEST BUY CO., INC. D/B/A BEST BUY is a Minnesota corporation with a place of business at Richfield, MN. On information and belief, BEST BUY STORES, LP is a Minnesota corporation with a place of business at Richfield, MN. On information and belief, BESTBUY.COM, LLC is a Minnesota corporation with a place of business at Richfield, MN. Hereinafter, BEST BUY CO., INC. D/B/A BEST BUY, BEST BUY STORES, LP and BESTBUY.COM, LLC are collectively referred to as "BEST BUY."

5.      On information and belief, BUY.COM INC. (hereinafter "BUY.COM") is a Delaware corporation with a place of business at Aliso Viejo, CA.

- 3 -

6.     On information and belief, CANON INC. is a foreign company with a place of business at Tokyo, Japan and CANON U.S.A., INC. is a New York corporation with a place of business at Lake Success, NY. Hereinafter, CANON INC. and CANON U.S.A., INC. are collectively referred to as "CANON."

7.     On information and belief, CASIO COMPUTER CO., LTD. is a foreign company with a place of business at Tokyo, Japan and CASIO AMERICA, INC. is a New York corporation with a place of business at Dover, NJ. Hereinafter, CASIO COMPUTER CO., LTD. and CASIO AMERICA, INC. are collectively referred to as "CASIO."

8.     On information and belief, CDW LLC F/K/A CDWC LLC F/K/A CDW CORPORATION is a Delaware corporation with a place of business at Vernon Hills, IL. On information and belief, CDW, INC. is a Delaware corporation with a place of business at Vernon Hills, IL. Hereinafter, CDW LLC F/K/A CDWC LLC F/K/A CDW CORPORATION is referred to as "CDW."

9.     On information and belief, FUJIFILM CORPORATION and FUJIFILM HOLDINGS CORPORATION are foreign companies with places of business at Tokyo, Japan and FUJIFILM HOLDINGS AMERICA CORPORATION is a Delaware corporation with a place of business at Valhalla, NY. Hereinafter, FUJIFILM CORPORATION, FUJIFILM HOLDINGS CORPORATION and FUJIFILM HOLDINGS AMERICA CORPORATION are collectively referred to as "FUJIFILM."

10.     On information and belief, GENERAL ELECTRIC COMPANY and GENERAL IMAGING COMPANY are New York and Delaware corporations, respectively, with places of business at Fairfield, CT and Gardena, CA, respectively. Hereinafter, GENERAL ELECTRIC COMPANY and GENERAL IMAGING COMPANY are collectively referred to as "GE."

– 4 –

11.     On information and belief, VICTOR HASSELBLAD AB is a foreign company with a place of business at Gothenburg, Sweden and HASSELBLAD USA INC. is a Delaware corporation with a place of business at Redmond, WA. Hereinafter, VICTOR HASSELBLAD AB and HASSELBLAD USA INC. are collectively referred to as "HASSELBLAD."

12.     On information and belief, LEICA CAMERA AG is a foreign company with a place of business at Solms, Germany and LEICA CAMERA INC. is a Delaware corporation with a place of business at Allendale, NJ. Hereinafter, LEICA CAMERA AG and LEICA CAMERA INC. are collectively referred to as "LEICA."

13.     On information and belief, MAMIYA DIGITAL IMAGING CO., LTD. and LEAF IMAGING LTD. D/B/A MAMIYALEAF are foreign companies with places of business at Tokyo, Japan and Tel Aviv, Israel, respectively, and MAMIYA AMERICA CORPORATION is a New York corporation with a place of business at Elmsford, NY. Hereinafter, MAMIYA DIGITAL IMAGING CO., LTD., LEAF IMAGING LTD. D/B/A MAMIYALEAF LEICA CAMERA AG and MAMIYA AMERICA CORPORATION are collectively referred to as "MAMIYA."

14.     On information and belief, MICRO ELECTRONICS, INC. D/B/A MICRO CENTER (hereinafter "MICRO CENTER") is a Delaware corporation with a place of business at Hilliard, OH.

15.     On information and belief, NEWEGG, INC. is a Delaware corporation with a place of business at Industry, CA. On information and belief, NEWEGG.COM, INC. is a Delaware corporation with a place of business at Industry, CA. Hereinafter, NEWEGG, INC. and NEWEGG.COM, INC. are collectively referred to as "NEWEGG."

16.     On information and belief, NIKON CORPORATION is a foreign company with a place of business at Tokyo, Japan and NIKON INC. and NIKON AMERICAS, INC. are New York

and Delaware corporations, respectively, with places of business at Melville, NY. Hereinafter, NIKON CORPORATION, NIKON INC. and NIKON AMERICAS, INC are collectively referred to as "NIKON."

17.    On information and belief, OLYMPUS CORPORATION is a foreign company with a place of business at Tokyo, Japan and OLYMPUS AMERICA INC. is a New York corporation with a place of business at Center Valley, PA. Hereinafter, OLYMPUS CORPORATION and OLYMPUS AMERICA INC. are collectively referred to as "OLYMPUS."

18.    On information and belief, OVERSTOCK.COM, INC. (hereinafter "OVERSTOCK") is a Delaware corporation with a place of business at Salt Lake City, UT.

19.    On information and belief, PANASONIC CORPORATION is a foreign company with a place of business at Osaka, Japan and PANASONIC CORPORATION OF NORTH AMERICA is a Delaware corporation with a place of business at Seacaucus, NJ. Hereinafter, PANASONIC CORPORATION and PANASONIC CORPORATION OF NORTH AMERICA are collectively referred to as "PANASONIC."

20.    On information and belief, RICOH COMPANY, LTD. and PENTAX RICOH IMAGING CO., LTD. are foreign companies with places of business at Tokyo, Japan and RICOH AMERICAS CORPORATION and PENTAX RICOH IMAGING AMERICAS CORPORATION are Delaware corporations with places of business at West Caldwell, NJ and Denver, CO, respectively. Hereinafter, RICOH COMPANY, LTD., PENTAX RICOH IMAGING CO., LTD., RICOH AMERICAS CORPORATION and PENTAX RICOH IMAGING AMERICAS CORPORATION are collectively referred to as "PENTAX."

21.    On information and belief, SAKAR INTERNATIONAL, INC. D/B/A VIVITAR (hereinafter "VIVITAR") is a New York corporation with a place of business at Edison, NJ.

22.     On information and belief, SIGMA CORPORATION is a foreign company with a place of business at Kanagawa, Japan and SIGMA CORPORATION OF AMERICA is a New York corporation with a place of business at Ronkonkoma, NY. Hereinafter, SIGMA CORPORATION and SIGMA CORPORATION OF AMERICA are collectively referred to as "SIGMA."

23.     On information and belief, SONY CORPORATION is a foreign company with a place of business at Tokyo, Japan and SONY CORPORATION OF AMERICA and SONY ELECTRONICS INC. are New York and Delaware corporations, respectively, with places of business at New York, NY and San Diego, CA, respectively. Hereinafter, SONY CORPORATION, SONY CORPORATION OF AMERICA and SONY ELECTRONICS INC. are collectively referred to as "SONY."

24.     On information and belief, TARGET CORPORATION D/B/A TARGET (hereinafter "TARGET") is a Minnesota corporation with a place of business at Minneapolis, MN.

## JURISDICTION AND VENUE

25.     This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

26.     On information and belief, the Defendants are subject to this Court's specific and/or general personal jurisdiction, pursuant to due process and/or the California Long Arm Statute, due at least to their substantial business in California, including related to the infringements alleged herein. Further, on information and belief, Defendants have, within this forum, engaged in at least the selling of the accused products listed herein. In addition, Defendants induce infringement of the patent-in-suit by sellers and/or infringing users located in this forum. Further, on information and belief, Defendants have interactive websites which are used in and/or accessible in this forum. Further, on information and belief, Defendants regularly conduct and/or solicit business, engage in

other persistent courses of conduct, and/or derive substantial revenue from goods and services provided to persons and/or entities in California.

27.    Venue is proper in this district under 28 U.S.C. §§ 1391(b), 1391(c) and 1400(b). Without limitation, on information and belief, Defendants are subject to personal jurisdiction in this district. On information and belief, the Defendants are subject to this Court's specific and/or general personal jurisdiction, pursuant to due process and/or the California Long Arm Statute, due at least to their substantial business in this district, including related to the infringements alleged herein. Further, on information and belief, Defendants have, within this forum, engaged in at least the selling of the accused products listed herein. In addition, Defendants induce infringement of the patent-in-suit by sellers and/or infringing users located in this forum. Further, on information and belief, Defendants have interactive websites which are used in and/or accessible in this forum. Further, on information and belief, Defendants regularly conduct and/or solicit business, engage in other persistent courses of conduct, and/or derive substantial revenue from goods and services provided to persons and/or entities in California.

## JOINDER

28.    On information and belief, joinder of at least B&H, CANON, NIKON, SONY, PANASONIC, OLYMPUS, PENTAX, LEICA, CASIO, FUJIFILM, SIGMA, HASSELBLAD, MAMIYA, GE and VIVITAR is proper under 35 U.S.C. § 299, at least due to B&H selling and/or offering for sale accused products manufactured by at least CANON, NIKON, SONY, PANASONIC, OLYMPUS, PENTAX, LEICA, CASIO, FUJIFILM, SIGMA, HASSELBLAD, MAMIYA, GE and VIVITAR.

29.    In addition, on information and belief, joinder of at least BEST BUY, CANON, NIKON, SONY, PANASONIC, OLYMPUS, PENTAX, LEICA, FUJIFILM, GE, and VIVITAR is

proper under 35 U.S.C. § 299, at least due to BEST BUY selling and/or offering for sale accused products manufactured by at least CANON, NIKON, SONY, PANASONIC, OLYMPUS, PENTAX, LEICA, FUJIFILM, GE, and VIVITAR.

30.    In addition, on information and belief, joinder of at least BUY.COM, CANON, NIKON, SONY, PANASONIC, OLYMPUS, PENTAX, LEICA, CASIO, FUJIFILM, SIGMA, AFGAPHOTO, GE, and VIVITAR is proper under 35 U.S.C. § 299, at least due to BUY.COM selling and/or offering for sale infringing products named herein manufactured by at least CANON, NIKON, SONY, PANASONIC, OLYMPUS, PENTAX, LEICA, CASIO, FUJIFILM, SIGMA, AFGAPHOTO, GE, and VIVITAR.

31.    In addition, on information and belief, joinder of at least CDW, CANON, NIKON, SONY, PANASONIC, OLYMPUS, PENTAX and FUJIFILM s is proper under 35 U.S.C. § 299, at least due to CDW selling and/or offering for sale infringing products named herein manufactured by at least CANON, NIKON, SONY, PANASONIC, OLYMPUS, PENTAX and FUJIFILM.

32.    In addition, on information and belief, joinder of at least MICROCENTER, CANON, NIKON, SONY, OLYMPUS, FUJIFILM and GE s is proper under 35 U.S.C. § 299, at least due to MICROCENTER selling and/or offering for sale infringing products named herein manufactured by at least CANON, NIKON, SONY, OLYMPUS, FUJIFILM and GE.

33.    In addition, on information and belief, joinder of at least NEWEGG, CANON, NIKON, SONY, PANASONIC, OLYMPUS, PENTAX, FUJIFILM, AFGAPHOTO, GE, and VIVITAR is proper under 35 U.S.C. § 299, at least due to NEWEGG selling and/or offering for sale infringing products named herein manufactured by at least CANON, NIKON, SONY, PANASONIC, OLYMPUS, PENTAX, FUJIFILM, AFGAPHOTO, GE, and VIVITAR.

34.     In addition, on information and belief, joinder of at least OVERSTOCK, CANON, NIKON, PANASONIC, OLYMPUS, PENTAX and VIVITAR is proper under 35 U.S.C. § 299, at least due to OVERSTOCK selling and/or offering for sale infringing products named herein manufactured by at least CANON, NIKON, PANASONIC, OLYMPUS, PENTAX and VIVITAR.

35.     In addition, on information and belief, joinder of at least TARGET, CANON, NIKON, SONY, PANASONIC, PENTAX, FUJIFILM, GE, and VIVITAR is proper under 35 U.S.C. § 299, at least due to TARGET selling and/or offering for sale infringing products named herein manufactured by at least CANON, NIKON, SONY, PANASONIC, PENTAX, FUJIFILM, GE, and VIVITAR.

36.     In addition, on information and belief, joinder of these Defendants is proper under 35 U.S.C. § 299, at least because of the overlap in Defendants and infringing products noted in the paragraphs above, and due because questions of fact common to all Defendants will arise in this action due to theoverlap in, and similarity between, infringing products. DIGITECH's rights to relief against Defendants depend upon the same transactions and occurrences related to the making, using, offering for sale and/or selling of the overlapping accused products.

## COUNT I

## INFRINGEMENT OF U.S. PATENT NO. 6,128,415

37.     United States Patent No. 6,128,415 ("the '415 patent"), entitled "DEVICE PROFILES FOR USE IN A DIGITAL IMAGE PROCESSING SYSTEM," issued on October 3, 2000.

38.     DIGITECH is the present assignee of the entire right, title and interest in and to the '415 patent, including all rights to sue for past and present infringement.  Accordingly, DIGITECH has standing to bring this lawsuit for infringement of the '415 patent.

39.     The various claims of the '415 patent cover, *inter alia*, a device profile for describing properties of a device in a digital image reproduction system to capture, transform or render an image, said device profile comprising: first data for describing a device dependent transformation of color information content of the image to a device independent color space; and second data for describing a device dependent transformation of spatial information content of the image in said device independent color space.

40.     On information and belief, AGFAPHOTO has been and now is infringing the '415 patent by actions comprising making, using, importing, selling and/or offering to sell products comprising a device profile for describing properties of a device in a digital image reproduction system to capture, transform or render an image, said device profile comprising: first data for describing a device dependent transformation of color information content of the image to a device independent color space; and second data for describing a device dependent transformation of spatial information content of the image in said device independent color space.

41.     Moreover, on information and belief, AGFAPHOTO has been and now is indirectly infringing by way of intentionally inducing infringement of the '415 patent in this judicial district, and elsewhere in the United States, including by aiding or abetting re-sellers, including but not limited to BUY.COM and NEWEGG, to sell and/or offer for sale infringing products and/or customers and/or users to use infringing products. Upon information and belief, such induced infringement has occurred at least since this Defendant became aware of the '415 patent, at least through becoming aware of this Complaint.

42.     Upon present information and belief, AGFAPHOTO's infringing products comprise at least the following accused products: SELECTA 16, OPTIMA 3, OPTIMA 145, OPTIMA 147,

OPTIMA 105, OPTIMA 104, OPTIMA 103, PRECISA 1430, Compact 103, Compact 102, Compact 100 and DC-600uw.

43.    AGFAPHOTO is thus liable for infringement of the '415 patent pursuant to 35 U.S.C. § 271.

44.    On information and belief, B&H has been and now is infringing the '415 patent by actions comprising making, using, importing, selling and/or offering to sell products comprising a device profile for describing properties of a device in a digital image reproduction system to capture, transform or render an image, said device profile comprising: first data for describing a device dependent transformation of color information content of the image to a device independent color space; and second data for describing a device dependent transformation of spatial information content of the image in said device independent color space.

45.    Moreover, on information and belief, B&H has been and now is indirectly infringing by way of intentionally inducing infringement of the '415 patent in this judicial district, and elsewhere in the United States, including by aiding or abetting customers and/or users to use the infringing products. Upon information and belief, such induced infringement has occurred at least since this Defendant became aware of the '415 patent, at least through becoming aware of this Complaint.

46.    Upon present information and belief, B&H's infringing products comprise at least the following accused products: CANON: EOS-1D X, EOS-1Ds Mark III, EOS-1D Mark IV, EOS 5D Mark II, EOS 5D Mark III, EOS 7D, EOS 60Da, EOS 60D, EOS Rebel T3i, EOS Rebel T2i, EOS Rebel T3, PowerShot G1 X, PowerShot G12, PowerShot S100, PowerShot SX40 HS, PowerShot SX260 HS, PowerShot SX230 HS, PowerShot SX150 IS, PowerShot ELPH 530 HS, PowerShot ELPH 520 HS, PowerShot ELPH 510 HS, PowerShot ELPH 320 HS, PowerShot ELPH 110 HS,

PowerShot A4000 IS, PowerShot A3400 IS, PowerShot A2400 IS, PowerShot A2300, PowerShot A1300, PowerShot A1200, PowerShot A810 and PowerShot A800; NIKON: Nikon 1 J1, Nikon 1 V1, D4, D800, D7000, D3100, D3200, D700, D3X, D300S, D90, D5100, COOLPIX P310, COOLPIX S30, COOLPIX L810, COOLPIX AW100, COOLPIX S4300, COOLPIX L26, COOLPIX P510, COOLPIX P7100, COOLPIX S100, COOLPIX S1200pj, COOLPIX S6300 and COOLPIX S3300; SONY: alpha NEX-7, alpha NEX-5N, alpha NEX-C3, alpha NEX-F3, alpha a77, alpha a65, alpha a57, alpha a37, Cyber-shot HX200V, Cyber-shot HX30V, Cyber-shot TX66, Cyber-shot W650, Cyber-shot TX20, Cyber-shot HX10V, Cyber-shot H90, Cyber-shot WX150, Cyber-shot WX70, Cyber-shot W690, Cyber-shot W620, Cyber-shot W610 and Cyber-shot WX50; PANASONIC: LUMIX DMC-TS4, LUMIX DMC-ZS20, LUMIX DMC-ZS15, LUMIX DMC-SZ7, LUMIX DMC-TS20, LUMIX DMC-SZ1, LUMIX DMC-FH8, LUMIX DMC-FH6, LUMIX DMC-S2, LUMIX DMC-3D1K, LUMIX LX5, LUMIX FZ150K, LUMIX GF5, LUMIX GX1, LUMIX GH2, LUMIX GF3 and LUMIX G3; OLYMPUS: VR-340, VG-160, Tough TG-1 iHS, Tough TG-820 iHS, Tough TG-320, SZ-31MR iHS, SP-620UZ, SZ-12, SP-810UZ, SZ-20, XZ-1, E-P3, E-PL3, E-PM1, E-M5 and E-5; PENTAX: OPTIO WG-2, OPTIO VS20, OPTIO WG-1, K-01, Q, K-30, K-5, 645D, CX5, PX, GR Digital IV, G700SE and GXR; LEICA: V-LUX 40, V-LUX 3, X2, D-LUX 5, M9, M Monochrome and S2; FUJIFILM: FinePix X-S1, FinePix X10, FinePix X100, FinePix X-Pro1, FinePix S4200, FinePix S4500, FinePix SL300, FinePix HS25EXR, FinePix HS30EXR, FinePix F550EXR, FinePix F660EXR, FinePix F750EXR, FinePix F770EXR, FinePix Z90, FinePix XP50, FinePix XP100, FinePix XP150, FinePix XP170, FinePix T350, FinePix T400, FinePix JX500, FinePix JX580, FinePix JZ100, FinePix JZ250 and FinePix AX550; SIGMA: DP1x, DP2x, SD15 and SD1; HASSELBLAD: H4D-31, H4D-40, H4D-40 Ferrari Edition, H4D-50, H4D-50MS, H4D-60 and H4D-200MS; MAMIYA: Leaf Aptus-II 5 22 Digital Back, Leaf Aptus-II 7 33 Digital

Back, Leaf Aptus-II 8 40 Digital Back, Leaf Aptus-II 10 56 Digital Back, Leaf Aptus-II 12 80 Digital Back, Leaf Credo 40MP Digital Back, Leaf Credo 60MP Digital Back and Leaf Credo 80MP Digital Back; GE: J1456W, E1450W, X500 and G100; VIVITAR: iTwist F124, ViviCam F128, ViviCam F332, ViviCam F529, ViviCam T135, ViviCam T324, ViviCam T027, ViviCam X137, ViviCam X029, ViviCam X028, ViviCam 9112, ViviCam 7122, iTwist 7028, ViviCam 7022, ViviCam 8025, ViviCam 8018, ViviCam 8400, ViviCam 5118, ViviCam V25 and ViviCam 46.

47.     B&H is thus liable for infringement of the '415 patent pursuant to 35 U.S.C. § 271.

48.     On information and belief, BEST BUY has been and now is infringing the '415 patent by actions comprising making, using, importing, selling and/or offering to sell products comprising a device profile for describing properties of a device in a digital image reproduction system to capture, transform or render an image, said device profile comprising: first data for describing a device dependent transformation of color information content of the image to a device independent color space; and second data for describing a device dependent transformation of spatial information content of the image in said device independent color space.

49.     Moreover, on information and belief, BEST BUY has been and now is indirectly infringing by way of intentionally inducing infringement of the '415 patent in this judicial district, and elsewhere in the United States, including by aiding or abetting customers and/or users to use the infringing products. Upon information and belief, such induced infringement has occurred at least since this Defendant became aware of the '415 patent, at least through becoming aware of this Complaint.

50.     Upon present information and belief, BEST BUY's infringing products comprise at least the following accused products: CANON: EOS 5D Mark II, EOS 5D Mark III, EOS 7D, EOS 60D, EOS Rebel T1i, EOS Rebel T3i, EOS Rebel T2i, EOS Rebel T3, PowerShot G1 X, PowerShot

G12, PowerShot SX40 HS, PowerShot PowerShot SD1400 IS, PowerShot ELPH 530 HS, PowerShot ELPH 520 HS, PowerShot ELPH 500 HS, PowerShot ELPH 320 HS, PowerShot ELPH 310 HS, PowerShot ELPH 110 HS, PowerShot ELPH 100 HS, PowerShot A4000 IS, PowerShot A3400 IS, PowerShot A3300 IS, PowerShot A2400 IS, PowerShot A2300, PowerShot A2200, PowerShot A1300, PowerShot A810 and PowerShot A495; NIKON: Nikon 1 J1, Nikon 1 V1, D4, D800, D7000, D3100, D3200, D700, D300S, D90, D5100, COOLPIX P310, COOLPIX S30, COOLPIX L810, COOLPIX AW100, COOLPIX S4300, COOLPIX L26, COOLPIX P510, COOLPIX P7100, COOLPIX S8200, COOLPIX S1200pj, COOLPIX S9300, COOLPIX S6300, COOLPIX S3300, COOLPIX S6200 and COOLPIX S4100; SONY: alpha NEX-7, alpha NEX-5N, alpha NEX-C3, alpha NEX-F3, alpha a77, alpha a65, alpha a57, Cyber-shot HX200V, Cyber-shot W650, Cyber-shot TX20, Cyber-shot HX10V, Cyber-shot H90, Cyber-shot WX150, Cyber-shot W690, Cyber-shot W620, Cyber-shot W610 and Cyber-shot WX50; OLYMPUS: VR-350, VR-340, VG-160, VR-330, VR-320, VR-310, Tough TG-1 iHS, Tough TG-820 iHS, Tough TG-320, Tough TG-810, Tough TG-610, Tough TG-310, SP-620UZ, SZ-12, SP-810UZ, SP-610UZ, XZ-1, E-P3, E-PL3, E-PM1, E-PL2, E-PL1, E-P2 and E-5; PENTAX: OPTIO WG-2, OPTIO VS20, K-01, Q, K-30 and K-5; LEICA: V-LUX 3; FUJIFILM: FinePix X-S1, FinePix X10, FinePix X100, FinePix X-Pro1, FinePix W3 3D, FinePix S4200, FinePix S4500, FinePix SL300, FinePix HS25EXR, FinePix HS30EXR, FinePix F660EXR, FinePix F750EXR, FinePix F770EXR, FinePix Z90, FinePix XP20, FinePix XP30, FinePix XP50, FinePix XP100, FinePix XP150, FinePix T200, FinePix T350, FinePix T400, FinePix JX500, FinePix JX580, FinePix JZ100, FinePix JZ250, FinePix JX350, FinePix AX550 and FinePix AX300; GE: J1470S, A1456W, C1433, J1456W, E1410SW, E1450W, X500 and G100; VIVITAR: ViviCam T027, ViviCam X029, ViviCam X327, ViviCam X018, ViviCam 7022, ViviCam 8025, ViviCam 8018, ViviCam 8400, ViviCam 5118 and ViviCam V25.

51.     BEST BUY is thus liable for infringement of the '415 patent pursuant to 35 U.S.C. § 271.

52.     On information and belief, BUY.COM has been and now is infringing the '415 patent by actions comprising making, using, importing, selling and/or offering to sell products comprising a device profile for describing properties of a device in a digital image reproduction system to capture, transform or render an image, said device profile comprising: first data for describing a device dependent transformation of color information content of the image to a device independent color space; and second data for describing a device dependent transformation of spatial information content of the image in said device independent color space.

53.     Moreover, on information and belief, BUY.COM has been and now is indirectly infringing by way of intentionally inducing infringement of the '415 patent in this judicial district, and elsewhere in the United States, including by aiding or abetting customers and/or users to use the infringing products. Upon information and belief, such induced infringement has occurred at least since this Defendant became aware of the '415 patent, at least through becoming aware of this Complaint.

54.     Upon present information and belief, BUY.COM's infringing products comprise at least the following accused products: CANON: EOS-1D Mark IV, EOS 5D, EOS 5D Mark II, EOS 5D Mark III, EOS 7D, EOS 60D, EOS D60, EOS Rebel T1i, EOS Rebel XS, EOS Rebel XSi, Digital Rebel XTi, EOS Rebel T3i, EOS Rebel T2i, EOS Rebel T3, PowerShot G1 X, PowerShot G1, PowerShot G9, PowerShot G10, PowerShot G11, PowerShot G12, PowerShot S100, PowerShot S3 IS, PowerShot S90, PowerShot S100 Digital ELPH, PowerShot S95, PowerShot SX1 IS, PowerShot SX20 IS, PowerShot SX30 IS, PowerShot SX40 HS, PowerShot SX110 IS, PowerShot SX120 IS, PowerShot SX260 HS, PowerShot SX230 HS, PowerShot SX210 IS, PowerShot SX200

IS, PowerShot SX150 IS, PowerShot SX130 IS, PowerShot D20, PowerShot SD770 IS, PowerShot SD780 IS, PowerShot SD790 IS, PowerShot SD940 IS, PowerShot SD970 IS, PowerShot SD980 IS, PowerShot SD1300 IS, PowerShot SD1400 IS, PowerShot SD3500 IS, PowerShot SD4000 IS, PowerShot SD4500 IS, PowerShot ELPH 530 HS, PowerShot ELPH 520 HS, PowerShot ELPH 500 HS, PowerShot ELPH 320 HS, PowerShot ELPH 310 HS, PowerShot ELPH 300 HS, PowerShot A4000 IS, PowerShot A3400 IS, PowerShot A3300 IS, PowerShot A2400 IS, PowerShot A2300, PowerShot A2200, PowerShot A1300, PowerShot A1200, PowerShot A810, PowerShot A800, PowerShot A470, PowerShot A490, PowerShot A495, PowerShot A590 IS, PowerShot A650 IS, PowerShot A720 IS, PowerShot A1000 IS, PowerShot A3000 IS, PowerShot A3100 IS and PowerShot Pro 1; NIKON: Nikon 1 J1, Nikon 1 V1, D4, D800, D7000, D3100, D3200, D3S, D700, D3X, D300S, D90, D5100, COOLPIX P310, COOLPIX S30, COOLPIX L810, COOLPIX AW100, COOLPIX L26, COOLPIX P510, COOLPIX P7100, COOLPIX P500, COOLPIX S100, COOLPIX S8200, COOLPIX S1200pj, COOLPIX S9300, COOLPIX S6300, COOLPiX S3300, COOLPIX S6200, COOLPIX S6100, COOLPIX S4100, COOLPIX S3100, COOLPIX P300, COOLPIX S9100, COOLPIX L120 and COOLPIX L24; SONY: alpha NEX-5N, alpha NEX-C3, alpha a77, alpha a65, Cyber-shot HX200V, Cyber-shot HX30V, Cyber-shot TX66, Cyber-shot W650, Cyber-shot TX200V, Cyber-shot TX20, Cyber-shot HX10V, Cyber-shot H90, Cyber-shot WX150, Cyber-shot WX70, Cyber-shot W690, Cyber-shot W620, Cyber-shot W610 and Cyber-shot WX50; PANASONIC: LUMIX DMC-TS4, LUMIX DMC-ZS20, LUMIX DMC-ZS15, LUMIX DMC-SZ7, LUMIX DMC-TS20, LUMIX DMC-SZ1, LUMIX DMC-FH8, LUMIX DMC-FH6, LUMIX DMC-S2, LUMIX DMC-3D1K, LUMIX LX5, LUMIX FZ47, LUMIX ZS10, LUMIX GF3and LUMIX GF2; OLYMPUS: VR-340, VG-160, VR-330, VR-320, VG-140, VG-120, VG-110, Tough TG-1 iHS, Tough TG-820 iHS, Tough TG-620 iHS, Tough TG-320, Tough TG-810, Tough TG-610,

Tough TG-310, SZ-31MR iHS, SP-620UZ, SZ-12, SP-810UZ, SZ-30MR, SZ-20, SZ-10, SP-610UZ, XZ-1, E-P3, E-PL3, E-PM1, E-PL2, E-PL1, E-P2 and E-5; PENTAX: OPTIO WG-2, OPTIO VS20, OPTIO RZ18, OPTIO WG-1, Q and K-R; LEICA: V-LUX 40, V-LUX 3, X1, D-LUX 5 and M9; CASIO: EX-H20G; FUJIFILM: FinePix X10, FinePix X100, FinePix X-Pro1, FinePix S2950, FinePix S3200, FinePix S4000, FinePix S4200, FinePix S4500, FinePix SL300, FinePix HS20EXR, FinePix HS25EXR, FinePix HS30EXR, FinePix F500EXR, FinePix F550EXR, FinePix F600EXR, FinePix F660EXR, FinePix F750EXR, FinePix F770EXR, FinePix Z90, FinePix XP20, FinePix XP30, FinePix XP50, FinePix XP100, FinePix XP150, FinePix T200, FinePix T300, FinePix T350, FinePix T400, FinePix JV200, FinePix JX500, FinePix JX580, FinePix JZ100, FinePix JZ250, FinePix JX300, FinePix AX550, FinePix AX300 and FinePix AV200; SIGMA: DP2x; AGFAPHOTO: PRECISA 1430; GE: J1470S, A1456W, E1410SW, E1486TW, X500, G100 and X5; VIVITAR: ViviCam T135, ViviCam X029, ViviCam X028, ViviCam X018, iTwist 7028, ViviCam 8025, ViviCam 8690, VIviCam 8018, ViviCam 8400, ViviCam 5118, ViviCam 5024, ViviCam 5028, ViviCam 5018, ViviCam 5399, ViviCam V25and ViviCam V15.

55.     BUY.COM is thus liable for infringement of the '415 patent pursuant to 35 U.S.C. § 271.

56.     On information and belief, CANON has been and now is infringing the '415 patent by actions comprising making, using, importing, selling and/or offering to sell products comprising a device profile for describing properties of a device in a digital image reproduction system to capture, transform or render an image, said device profile comprising: first data for describing a device dependent transformation of color information content of the image to a device independent color space; and second data for describing a device dependent transformation of spatial information content of the image in said device independent color space.

57.     Moreover, on information and belief, CANON has been and now is indirectly infringing by way of intentionally inducing infringement of the '415 patent in this judicial district, and elsewhere in the United States, including by aiding or abetting re-sellers, including but not limited to B&H, BEST BUY, BUY.COM, CDW, MICROCENTER, NEWEGG, OVERSTOCK and TARGET, to sell and/or offer for sale infringing products and/or customers and/or users to use infringing products. Upon information and belief, such induced infringement has occurred at least since this Defendant became aware of the '415 patent, at least through becoming aware of this Complaint.

58.     Upon present information and belief, CANON's infringing products comprise at least the following accused products: EOS-1D, EOS-1D Mark II, EOS-1D Mark II N, EOS-1D Mark III, EOS-1D X, EOS-1Ds Mark II, EOS-1Ds Mark III, EOS-1D Mark IV, EOS 5D, EOS 5D Mark II, EOS 5D Mark III, EOS 7D, EOS 60Da, EOS 60D, EOS 10D, EOS 20D, EOS 20Da, EOS 30D, EOS 40D, EOS 50D, EOS D30, EOS D60, EOS Digital Rebel, EOS Rebel T1i, EOS Rebel XS, EOS Rebel XSi, Digital Rebel XT, Digital Rebel XTi, EOS Rebel T3i, EOS Rebel T2i, EOS Rebel T3, PowerShot G1 X, PowerShot G1, PowerShot G2, PowerShot G3, PowerShot G5, PowerShot G6, PowerShot G7, PowerShot G9, PowerShot G10, PowerShot G11, PowerShot G12, PowerShot S100, PowerShot S1 IS, PowerShot S2 IS, PowerShot S3 IS, PowerShot S5 IS, PowerShot S10, PowerShot S20, PowerShot S30, PowerShot S40, PowerShot S45, PowerShot S50, PowerShot S60, PowerShot S70, PowerShot S80, PowerShot S90, PowerShot S100 Digital ELPH, PowerShot S110, PowerShot S200, PowerShot S230, PowerShot S300, PowerShot S330, PowerShot S400, PowerShot S410, PowerShot S500, PowerShot S95, PowerShot E1, PowerShot 350, PowerShot 600, PowerShot SX1 IS, PowerShot SX10 IS, PowerShot SX20 IS, PowerShot SX30 IS, PowerShot SX40 HS, PowerShot SX100 IS, PowerShot SX110 IS, PowerShot SX120 IS, PowerShot TX1, PowerShot SX260 HS,

PowerShot SX230 HS, PowerShot SX210 IS, PowerShot SX200 IS, PowerShot SX150 IS, PowerShot SX130 IS, PowerShot D20, PowerShot D10, PowerShot SD10, PowerShot SD20, PowerShot SD30, PowerShot SD100, PowerShot SD110, PowerShot SD200, PowerShot SD300, PowerShot SD400, PowerShot SD430, PowerShot SD450, PowerShot SD500, PowerShot SD550, PowerShot SD600, PowerShot SD630, PowerShot SD700 IS, PowerShot SD750, PowerShot SD770 IS, PowerShot SD780 IS, PowerShot SD790 IS, PowerShot SD800 IS, PowerShot SD850 IS, PowerShot SD870 IS, PowerShot SD880 IS, PowerShot SD 890 IS, PowerShot SD900, PowerShot SD940 IS, PowerShot SD950 IS, PowerShot SD960 IS, PowerShot SD970 IS, PowerShot SD980 IS, PowerShot SD990 IS, PowerShot SD1000, PowerShot SD1100 IS, PowerShot SD1200 IS, PowerShot SD1300 IS, PowerShot SD1400 IS, PowerShot SD3500 IS, PowerShot SD4000 IS, PowerShot SD4500 IS, PowerShot ELPH 530 HS, PowerShot ELPH 520 HS, PowerShot ELPH 510 HS, PowerShot ELPH 500 HS, PowerShot ELPH 320 HS, PowerShot ELPH 310 HS, PowerShot ELPH 300 HS, PowerShot ELPH 110 HS, PowerShot ELPH 100 HS, PowerShot A4000 IS, PowerShot A3400 IS, PowerShot A3300 IS, PowerShot A2400 IS, PowerShot A2300, PowerShot A2200, PowerShot A1300, PowerShot A1200, PowerShot A810, PowerShot A800, PowerShot A5, PowerShot A10, PowerShot A20, PowerShot A40, PowerShot A50, PowerShot A60, PowerShot A70, PowerShot A75, PowerShot A80, PowerShot A85, PowerShot A95, PowerShot A100, PowerShot A200, PowerShot A300, PowerShot A310, PowerShot A400, PowerShot A410, PowerShot A420, PowerShot A430, PowerShot A460, PowerShot A470, PowerShot A480, PowerShot A490, PowerShot A495, PowerShot A510, PowerShot A520, PowerShot A530, PowerShot A540, PowerShot A550, PowerShot A560, PowerShot A570 IS, PowerShot A580, PowerShot A590 IS, PowerShot A610, PowerShot A620, PowerShot A630, PowerShot A640, PowerShot A650 IS, PowerShot A700, PowerShot A710 IS, PowerShot A720 IS, PowerShot A1000

IS, PowerShot A1100 IS, PowerShot A2000 IS, PowerShot A2100 IS, PowerShot A3000 IS, PowerShot A3100 IS, PowerShot Pro 1, PowerShot Pro 70 and PowerShot Pro 90.

59.     CANON is thus liable for infringement of the '415 patent pursuant to 35 U.S.C. § 271.

60.     On information and belief, CASIO has been and now is infringing the '415 patent by actions comprising making, using, importing, selling and/or offering to sell products comprising a device profile for describing properties of a device in a digital image reproduction system to capture, transform or render an image, said device profile comprising: first data for describing a device dependent transformation of color information content of the image to a device independent color space; and second data for describing a device dependent transformation of spatial information content of the image in said device independent color space.

61.     Moreover, on information and belief, CASIO has been and now is indirectly infringing by way of intentionally inducing infringement of the '415 patent in this judicial district, and elsewhere in the United States, including by aiding or abetting re-sellers, including but not limited to B&H and BUY.COM, to sell and/or offer for sale infringing products and/or customers and/or users to use infringing products. Upon information and belief, such induced infringement has occurred at least since this Defendant became aware of the '415 patent, at least through becoming aware of this Complaint.

62.     Upon present information and belief, CASIO's infringing products comprise at least the following accused products: TRYX, EX-ZR-100, EX-H20G, EX-ZS10, EX-ZS5 and EX-H30.

63.     CASIO is thus liable for infringement of the '415 patent pursuant to 35 U.S.C. § 271.

64.     On information and belief, CDW has been and now is infringing the '415 patent by actions comprising making, using, importing, selling and/or offering to sell products comprising a

device profile for describing properties of a device in a digital image reproduction system to capture, transform or render an image, said device profile comprising: first data for describing a device dependent transformation of color information content of the image to a device independent color space; and second data for describing a device dependent transformation of spatial information content of the image in said device independent color space.

65.     Moreover, on information and belief, CDW has been and now is indirectly infringing by way of intentionally inducing infringement of the '415 patent in this judicial district, and elsewhere in the United States, including by aiding or abetting customers and/or users to use the infringing products. Upon information and belief, such induced infringement has occurred at least since this Defendant became aware of the '415 patent, at least through becoming aware of this Complaint.

66.     Upon present information and belief, CDW's infringing products comprise at least the following accused products: CANON: EOS-1D X, EOS-1D Mark IV, EOS 5D Mark II, EOS 5D Mark III, EOS 7D, EOS Rebel T3i, EOS Rebel T2i, EOS Rebel T3, PowerShot G12, PowerShot S100, PowerShot SX40 HS, PowerShot SX260 HS, PowerShot SX230 HS, PowerShot SX150 IS, PowerShot SX130 IS, PowerShot D20, PowerShot ELPH 530 HS, PowerShot ELPH 520 HS, PowerShot ELPH 320 HS, PowerShot ELPH 110 HS, PowerShot ELPH 100 HS, PowerShot A4000 IS, PowerShot A3400 IS, PowerShot A2400 IS, PowerShot A2300, PowerShot A2200, PowerShot A1300 and PowerShot A810; NIKON: Nikon 1 J1, Nikon 1 V1, D800, D7000, D3100, D3200, D90, D5100, COOLPIX P310, COOLPIX S30, COOLPIX L810, COOLPIX AW100, COOLPIX S4300, COOLPIX L26, COOLPIX P510, COOLPIX P7100, COOLPIX S100, COOLPIX S1200pj, COOLPIX S9300, COOLPIX S6300, COOLPIX S3300 and COOLPIX L24; SONY: alpha NEX-7, alpha NEX-5N, alpha NEX-F3, alpha a77, alpha a65, alpha a57, alpha a37, Cyber-shot HX200V,

Cyber-shot HX30V, Cyber-shot TX66, Cyber-shot W650, Cyber-shot TX200V, Cyber-shot TX20, Cyber-shot HX10V, Cyber-shot H90, Cyber-shot WX150, Cyber-shot WX70, Cyber-shot W690, Cyber-shot W620, Cyber-shot W610and Cyber-shot WX50; PANASONIC: LUMIX DMC-TS4, LUMIX DMC-ZS20, LUMIX DMC-ZS15, LUMIX DMC-TS20, LUMIX DMC-SZ1, LUMIX DMC-FH8, LUMIX DMC-FH6, LUMIX FZ47, LUMIX ZS10, LUMIX GX1and LUMIX GF3; OLYMPUS: VR-340, VG-160, VR-320, VG-120, Tough TG-1 iHS, Tough TG-820 iHS, Tough TG-320, Tough TG-810, SZ-31MR iHS, SP-620UZ, SZ-12, SP-810UZ, SZ-10, XZ-1, E-P3, E-PL3, E-PM1 and E-PL1; PENTAX: OPTIO WG-2, OPTIO WG-1 and K-R; FUJIFILM: FinePix X10, FinePix W3 3D, FinePix S4500, FinePix F500EXR, FinePix F660EXR, FinePix XP30, FinePix XP50, FinePix JX500 and FinePix AX550.

67.     CDW is thus liable for infringement of the '415 patent pursuant to 35 U.S.C. § 271.

68.     On information and belief, FUJIFILM has been and now is infringing the '415 patent by actions comprising making, using, importing, selling and/or offering to sell products comprising a device profile for describing properties of a device in a digital image reproduction system to capture, transform or render an image, said device profile comprising: first data for describing a device dependent transformation of color information content of the image to a device independent color space; and second data for describing a device dependent transformation of spatial information content of the image in said device independent color space.

69.     Moreover, on information and belief, FUJIFILM has been and now is indirectly infringing by way of intentionally inducing infringement of the '415 patent in this judicial district, and elsewhere in the United States, including by aiding or abetting re-sellers, including but not limited to B&H, BEST BUY, BUY.COM, CDW, MICROCENTER, NEWEGG, and TARGET, to sell and/or offer for sale infringing products and/or customers and/or users to use infringing

products. Upon information and belief, such induced infringement has occurred at least since this Defendant became aware of the '415 patent, at least through becoming aware of this Complaint.

70.     Upon present information and belief, FUJIFILM's infringing products comprise at least the following accused products: FinePix X-S1, FinePix X10, FinePix X100, FinePix X-Pro1, FinePix W3 3D, FinePix S2950, FinePix S3200, FinePix S4000, FinePix S4200, FinePix S4500, FinePix SL300, FinePix HS20EXR, FinePix HS25EXR, FinePix HS30EXR, FinePix F500EXR, FinePix F550EXR, FinePix F600EXR, FinePix F660EXR, FinePix F750EXR, FinePix F770EXR, FinePix Z90, FinePix Z900EXR, FinePix XP20, FinePix XP30, FinePix XP50, FinePix XP100, FinePix XP150, FinePix XP170, FinePix T200, FinePix T300, FinePix T350, FinePix T400, FinePix JV200, FinePix JX500, FinePix JX580, FinePix JZ100, FinePix JZ250, FinePix JX300, FinePix JX350, FinePix AX550, FinePix AX300 and FinePix AV200.

71.     FUJIFILM is thus liable for infringement of the '415 patent pursuant to 35 U.S.C. § 271.

72.     On information and belief, GE has been and now is infringing the '415 patent by actions comprising making, using, importing, selling and/or offering to sell products comprising a device profile for describing properties of a device in a digital image reproduction system to capture, transform or render an image, said device profile comprising: first data for describing a device dependent transformation of color information content of the image to a device independent color space; and second data for describing a device dependent transformation of spatial information content of the image in said device independent color space.

73.     Moreover, on information and belief, GE has been and now is indirectly infringing by way of intentionally inducing infringement of the '415 patent in this judicial district, and elsewhere in the United States, including by aiding or abetting re-sellers, including but not limited to B&H,

BEST BUY, BUY.COM, MICROCENTER, NEWEGG, and TARGET, to sell and/or offer for sale infringing products and/or customers and/or users to use infringing products. Upon information and belief, such induced infringement has occurred at least since this Defendant became aware of the '415 patent, at least through becoming aware of this Complaint.

74. Upon present information and belief, GE's infringing products comprise at least the following accused products: J1470S, A1456W, C1433, J1455, J1456W, G5WP, G3WP, E1680W, E1410SW, E1450W, E1486TW, E1480W, E1255W, X500, X400, G100, X5 and PJ1.

75. GE is thus liable for infringement of the '415 patent pursuant to 35 U.S.C. § 271.

76. On information and belief, HASSELBLAD has been and now is infringing the '415 patent by actions comprising making, using, importing, selling and/or offering to sell products comprising a device profile for describing properties of a device in a digital image reproduction system to capture, transform or render an image, said device profile comprising: first data for describing a device dependent transformation of color information content of the image to a device independent color space; and second data for describing a device dependent transformation of spatial information content of the image in said device independent color space.

77. Moreover, on information and belief, HASSELBLAD has been and now is indirectly infringing by way of intentionally inducing infringement of the '415 patent in this judicial district, and elsewhere in the United States, including by aiding or abetting re-sellers, including but not limited to B&H, to sell and/or offer for sale infringing products and/or customers and/or users to use infringing products. Upon information and belief, such induced infringement has occurred at least since this Defendant became aware of the '415 patent, at least through becoming aware of this Complaint.