| | |
|---|---|
| 1 | John J Edmonds (SBN 274200) |
| | jedmonds@cepiplaw.com |
| 2 | COLLINS EDMONDS POGORZELSKI |
| | SCHLATHER & TOWER, PLLC |
| 3 | 1851 East First Street Suite 900 |
| | Santa Ana, CA 92705 |
| 4 | Telephone:  +1-951-708-1237 |
| | Facsimile:   +1-951-824-7901 |
| 5 | |
| | Attorney for Plaintiff |
| 6 | DIGITAL IMAGE TECHNOLOGIES, LLC |
| 7 | |
| | Christopher P. Broderick (SBN 180254) |
| 8 | cbroderick@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 9 | 777 South Figueroa Street |
| | Suite 3200 |
| 10 | Los Angeles, California  90017 |
| | Telephone:  +1-213-629-2020 |
| 11 | Facsimile:   +1-213-612-2499 |
| 12 | Attorneys for Defendants |
| | Canon Inc. and Canon U.S.A., Inc. |
| 13 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA,

SOUTHERN DIVISION

| | | |
|---|---|---|
| 17 | DIGITECH IMAGE TECHNOLOGIES, LLC, | Case No. SACV12-1153 MLG |
| 18 | Plaintiff, | JOINT STIPULATION TO ALLOW DEFENDANTS CANON INC. AND CANON U.S.A., INC. TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3) ACCOMPANIED BY A [PROPOSED] ORDER |
| 19 | v. | |
| 20 | AGFAPHOTO HOLDING GMBH; AGFAPHOTO U.S.A., CORPORATION; B&H FOTO & ELECTRONICS CORP.; BEST BUY CO., INC.; BEST BUY STORES, LP; BESTBUY.COM, LLC; BUY.COM INC.; CANON INC.; CANON U.S.A.,., INC.; CASIO COMPUTER CO., LTD.; CASIO AMERICA, INC.; CDW LLC; FUJIFILM CORPORATION; FUJIFILM HOLDINGS CORPORATION; FUJIFILM HOLDINGS AMERICA CORPORATION; GENERAL ELECTRIC COMPANY; GENERAL IMAGING COMPANY; VICTOR HASSELBLAD AB; HASSELBLAD U.S.A., INC.; LEICA CAMERA AG; | |
| | | Complaint Served: Jul. 31, 2012 |
| | | Current Response Due: Aug. 21, 2012 |
| | | New Response Date: Oct. 22, 2012 |
| | | Honorable Marc L Goldman |

| | |
|---|---|
| 1 | LEICA CAMERA INC.; MAMIYA DIGITAL IMAGING CO., LTD.; LEAF IMAGING LTD. D/B/A MAMIYALEAF; MAMIYA AMERICA CORPORATION; MICRO ELECTRONICS, INC.; NEWEGG, INC.; NEWEGG.COM, INC.; NIKON CORPORATION; NIKON INC.; NIKON AMERICAS, INC.; OLYMPUS CORPORATION; OLYMPUS AMERICA INC.; OVERSTOCK.COM, INC.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PENTAX RICOH IMAGING CO., LTD.; PENTAX RICOH IMAGING AMERICAS CORPORATION; RICOH COMPANY, LTD.; RICOH AMERICAS CORPORATION; SAKAR INTERNATIONAL, INC. D/B/A VIVITAR; SIGMA CORPORATION; SIGMA CORPORATION OF AMERICA; SONY CORPORATION; SONY CORPORATION OF AMERICA; SONY ELECTRONICS INC. and TARGET CORPORATION, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | Defendants. |

## JOINT STIPULATION

Plaintiff Digitech Imaging Technology LLC and Defendants Canon Inc. and Canon U.S.A., Inc., by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On July 16, 2002, Plaintiff filed its Complaint in this action.

2. On July 31, 2002, Plaintiff served with process Defendant Canon U.S.A., Inc.

3. Plaintiff has not served with process Defendant Canon Inc., a Japanese company.

4. Plaintiff agrees to allow Canon Inc. and Canon U.S.A., Inc. to answer, move, or otherwise respond to the Complaint by October 22, 2012. In exchange, Defendants agree that service of process for Defendant Canon Inc. is waived, and further agree that service is complete and effective as to Canon Inc. and Canon U.S.A., Inc.

## PRAYER FOR RELIEF

For the reasons, the parties respectfully request that the Court allow Canon Inc. and Canon U.S.A., Inc. to answer, move, or otherwise respond to the Complaint by October 22, 2012.

| | | | |
|---|---|---|---|
| 1 | Dated: | August 16, 2012 | JOHN J. EDMONDS |
| 2 | | | Collins Edmonds Pogorzelski Schlather & Tower PLLC |
| 3 | | | |
| 4 | | | By:/s/ Joshua B. Long |
| 5 | | | JOHN J. EDMONDS |
| 6 | | | Attorney for Plaintiff |
| | | | DIGITECH IMAGE TECHNOLOGIES, LLC |
| 7 | | | |
| 8 | Dated: | August 16, 2012 | CHRISTOPHER P. BRODERICK |
| 9 | | | Orrick, Herrington & Sutcliffe LLP |
| 10 | | | |
| 11 | | | By:/s/ CHRISTOPHER P. BRODERICK |
| | | | CHRISTOPHER P. BRODERICK |
| 12 | | | Attorney for Defendants |
| 13 | | | CANON INC. AND CANON U.S.A., INC. |

OHSUSA:751114489.1

JOINT STIPULATION TO ALLOW DEFENDANTS CANON INC. AND CANON U.S.A., INC. TO EXTEND TIME TO RESPOND TO COMPLAINT