| | |
|---|---|
| 1 | CHRISTOPHER P. BRODERICK |
| 2 | (SBN NO. 180254)<br>cbroderick@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>777 South Figueroa Street |
| 4 | Suite 3200<br>Los Angeles, California  90017 |
| 5 | Telephone:  +1-213-629-2020<br>Facsimile:   +1-213-612-2499 |
| 6 | Attorneys for Defendants Canon, Inc. and |
| 7 | Canon U.S.A., Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA,

SOUTHERN DIVISION

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC, | Case No. SACV12-1153 MLG |
| Plaintiff, | **[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS CANON INC. AND CANON U.S.A., INC. TO RESPOND TO INITIAL COMPLAINT** |
| v. | |
| AGFAPHOTO HOLDING GMBH; AGFAPHOTO USA CORPORATION; B&H FOTO & ELECTRONICS CORP.; BEST BUY CO., INC.; BEST BUY STORES, LP; BESTBUY.COM, LLC; BUY.COM INC.; CANON INC.; CANON U.S.A., INC.; CASIO COMPUTER CO., LTD.; CASIO AMERICA, INC.; CDW LLC; FUJIFILM CORPORATION; FUJIFILM HOLDINGS CORPORATION; FUJIFILM HOLDINGS AMERICA CORPORATION; GENERAL ELECTRIC COMPANY; GENERAL IMAGING COMPANY; VICTOR HASSELBLAD AB; HASSELBLAD USA INC.; LEICA CAMERA AG; LEICA CAMERA INC.; MAMIYA DIGITAL IMAGING CO., LTD.; LEAF IMAGING LTD. D/B/A MAMIYALEAF; MAMIYA AMERICA CORPORATION; MICRO ELECTRONICS, INC.; NEWEGG, INC.; NEWEGG.COM, INC.; NIKON CORPORATION; NIKON INC.; NIKON AMERICAS, INC.; OLYMPUS CORPORATION; OLYMPUS AMERICA INC.; OVERSTOCK.COM, INC.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PENTAX RICOH IMAGING CO., LTD.; PENTAX RICOH | [Local Rule 8-3]<br><br>Complaint Served:  July 31, 2012<br><br>Honorable Marc L Goldman |

| | |
|---|---|
| 1 | IMAGING AMERICAS CORPORATION; RICOH COMPANY, LTD.; RICOH AMERICAS CORPORATION; SAKAR INTERNATIONAL, INC. D/B/A VIVITAR; SIGMA CORPORATION; SIGMA CORPORATION OF AMERICA; SONY CORPORATION; SONY CORPORATION OF AMERICA; SONY ELECTRONICS INC. and TARGET CORPORATION, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| | Defendants. |
| 7 | |
| 8 | |

[PROPOSED] ORDER

# ORDER

WHEREAS Plaintiff Digitech Image Technologies, LLC have agreed to allow Defendants Canon Inc. and Canon U.S.A., Inc. an extension of time to respond to the Complaint, and for good cause shown, it is hereby

ORDERED that the time for Canon Inc. and Canon U.S.A., Inc. to answer, move, or otherwise respond to the Complaint shall be extended up to and including October 22, 2012

IT IS SO ORDERED.

Dated:_____       _____
                              HONORABLE MARC L. GOLDMAN
                              UNITED STATES DISTRICT JUDGE

OHSUSA:751116126.1