Colby B. Springer (214868)
CSpringer@LRLaw.com
**LEWIS AND ROCA LLP**
2440 West El Camino Real, 6th Floor
Mountain View, CA 94040-1499
Telephone: (650) 391-1380
Facsimile: (650) 391-1395

Kenneth D'Alessandro (84334)
KDAlessandro@LRLaw.com
**LEWIS AND ROCA LLP**
Bank of America Plaza
50 West Liberty Street, Suite 410
Reno, NV 89501-1922
Telephone: (775) 823-2900
Facsimile: (775) 823-2929

Attorneys for Defendant
Sigma Corporation of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Digitech Image Technologies, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>AgfaPhoto Holding GmbH, et al.,<br><br>Defendants. | Case No. 8:12-cv-01153-MLG<br><br>**DEFENDANT SIGMA CORPORATION OF AMERICA'S NOTICE OF RELATED CASES PER LOCAL RULE 83-1.3**<br><br>Honorable Marc L Goldman |
|---|---|

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Central District of California Civil Local Rule 83-1.3, defendant Sigma Corporation of America ("Sigma USA") gives notice of a related case currently pending in the Central District of California. Such case involves the same patent as the one being asserted in the present action, and it likely calls for a determination of the same, substantially related, or similar questions of law and fact, and would entail substantial duplication of labor if heard by different judges:

<u>Digitech Image Technologies, LLC v. Electronics for Imaging, Inc., et al</u>, Case No. CV12-1324 JVS (RNB).

Digitech Image Technologies, LLC ("Digitech") filed the current 12-1153 case against Sigma Corporation of America and other co-defendants on July 16, 2012, alleging the infringement of U.S. Patent No. 6,128,415 (the "'415 Patent"). On August 17, 2012, Sigma USA filed its Answer and Counterclaims against Digitech (DKT. 33), alleging, in part, the invalidity and unenforceability of the '415 Patent under 35 U.S.C. §§ 101, 102, 103, and/or 112, as well as under various equitable doctrines.

On August 16, 2012, Digitech filed the pending 12-1324 case against Electronics for Imaging, Inc., Konica Minolta Holdings, Inc., Konica Minolta Holdings U.S.A., Inc., Konica Minolta Business Solutions, U.S.A., Inc. and Xerox Corporation, alleging the infringement of the same patent--the '415 Patent.

DATED: August 23, 2012         LEWIS AND ROCA LLP

By: /s/ Colby B. Springer
    Colby B. Springer
    Kenneth D'Alessandro

*Attorneys for Defendant*
*Sigma Corporation of America*

## CERTIFICATE OF SERVICE

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served on August 23, 2012 with a copy of this document via the Court's CM/ECF system per the Local Rules.  Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or first class mail on this date.

By: */s/Mary Anne Anaya*
Mary Anne Anaya