Daniel A. Sasse (SBN 236234)
dsasse@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: 949-263-8400
Facsimile: 949-263-8414

*Attorney for Defendant*
Leica Camera Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AGFAPHOTO HOLDING GMBH, et al.,<br><br>Defendants. | Case No. SACV12-1153-MLG<br><br>**Stipulation To Extend Time To Respond To Initial Complaint By Not More Than 30 Days (L.R. 8-3)**<br><br>Complaint Served: Aug. 7, 2012<br>Current Response Due: Aug. 28, 2012<br>New Response Date: Sept. 4, 2012<br><br>Honorable Marc L. Goldman<br><br>Complaint filed: July 16, 2012<br>Trial Date: None |

Plaintiff Digitech Image Technologies, LLC ("Digitech") and Defendant Leica Camera Inc. ("Leica"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Leica was served the Complaint in this action on August 7, 2012;

WHEREAS, the original deadline for Leica to file an answer or otherwise respond to the Complaint was originally August 28, 2012;

WHEREAS, Plaintiff granted Leica a seven (7) day extension of time to answer or otherwise respond to the Complaint;

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties,

CROWELL & MORING LLP
ATTORNEYS AT LAW

STIPULATION TO EXTEND TIME TO RESPOND TO
INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS
(L.R. 8-3); CASE NO. SACV12-1153-MLG

1  through their counsel of record, that the time for Leica to answer or otherwise
2  respond to the Complaint shall be extended by seven (7) days from August 28,
3  2012 to September 4, 2012.

4  **IT IS SO STIPULATED.**

Respectfully submitted,

Dated: August 28, 2012     By: */s/ Daniel A. Sasse*
Daniel A. Sasse (SBN 236234)
dsasse@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: 949-263-8400
Facsimile: 949-263-8414

*Attorney for Defendant Leica Camera Inc.*

Dated: August 28, 2012     By: */s/ John J. Edmonds*
John J. Edmonds (SBN: 274200)
jedmonds@cepiplaw.com
COLLINS EDMONDS POGORZELSKI
SCHLATHER & TOWER, PLLC
1851 East First Street, Suite 900
Santa Ana, CA 92705
Telephone: (951) 708-1237
Facsimile: (951) 824-7901

*Attorneys for Plaintiff Digitech Image Technologies, LLC*

### ECF ATTESTATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: August 28, 2012     By: */s/ Daniel A. Sasse*
Daniel A. Sasse (SBN 236234)

Crowell & Moring LLP
Attorneys At Law

-2-   STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3); CASE NO. SACV12-1153-MLG

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document is being served automatically on all counsel of record via the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 28, 2012 at Irvine, California.

/s/ *Daniel A. Sasse*
Daniel A. Sasse (SBN 236234)
*Attorneys for Defendant*
Leica Camera Inc.

CROWELL & MORING LLP
ATTORNEYS AT LAW

-3-

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3); CASE NO. SACV12-1153-MLG