Name and address:
Rhonda R. Trotter (State Bar No.: 169241)
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067-6048
Telephone: (310) 788-1000  Facsimile: (310) 788-1200
E-mail: rhonda.trotter@kayescholer.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC<br><br>Plaintiff(s)<br>v.<br>AGFAPHOTO HOLDING GMBH, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>SACV12-1153 ODW (MRWx)<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE: Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Aaron Stiefel _____, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant: B&H FOTO & ELECTRONICS CORP. _____ by whom I have been retained.

My business information is:
KAYE SCHOLER LLP
*Firm Name*

425 Park Avenue
*Street Address*

New York, New York  10022-3598
*City, State, Zip*

(212) 836-8000
*Telephone Number*

Aaron.stiefel@kayescholer.com
*E-Mail Address*

(212) 836-8689
*Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| Supreme Court of New Jersey | December 17, 1981 |
| District of New Jersey | December 17, 1981 |
| New York (Appellate Division (1st)) | March 22, 1982 |
| See Schedule A | |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate  Rhonda R. Trotter  as local counsel, whose business information is as follows:

KAYE SCHOLER LLP
*Firm Name*

1999 Avenue of the Stars, Suite 1700
*Street Address*

Los Angeles, California 90067-6048                    rhonda.trotter@kayescholer.com
*City, State, Zip*                                                             *E-Mail Address*

(310) 788-1000                                                      (310) 788-1200
*Telephone Number*                                                 *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated _____

Aaron Stiefel
*Applicant's Name (please print)*

_____
*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated _____

Rhonda R. Trotter
*Designee's Name (please print)*

/s/ Rhonda R. Trotter
*Designee's Signature*

169241
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

# SCHEDULE A

## SCHEDULE A

| Title of Court | Date of Admission |
| --- | --- |
| Southern District New York | August 6, 1985 |
| Eastern District of New York | August 28, 1985 |
| United States Court of Appeals Fed. Circuit | November 2, 1995 |
| United States Court of Appeals 2nd Circuit | November 13, 1996 |
| United States Court of Appeals D.C. Circuit | November 6, 1997 |
| United States Court of Appeals 3rd Circuit | January 14, 2002 |
| Supreme Court of the United States | June 26, 2006 |

# EXHIBIT A

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **AARON STIEFEL** (No. **013531981**) was constituted and appointed an Attorney at Law of New Jersey on **December 17, 1981** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **24TH** day of **August**, 20**12**.

*Mark Neary*

Clerk of the Supreme Court

-453a-

# EXHIBIT B

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# AARON STIEFEL

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **March 22, 1982,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**August 23, 2012**

*[signature]*

Clerk of the Court

5315